Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA J. BRADLEY,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>       Defendant. | ) Case No.: CV 09-1516 GSA<br>)<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE; AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

THE DISTRICT COURT:

///

///

///

///

///

///

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their

2  respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above

3  captioned matter be dismissed with each side to bear its own costs.

4

5  DATE: 3/23/10                    Respectfully submitted,

6                                   ROHLFING & KALAGIAN, LLP

7

8                                   */s/-Marc V. Kalagian*
                                    Marc V. Kalagian
9                                   Attorney for Plaintiff

10

11 DATE: 3/23/10                    BENJAMIN B. WAGNER
                                    United States Attorney
12                                  LUCILLE GONZALES MEIS
                                    Chief Civil Division
13

14

15                                  *\*/s/-Armand D. Roth*
                                     Armand D. Roth
16                                   Special Assistant United States Attorney
17                                   Attorney for Defendant
                                     [*By email authorization on March 22, 2010]
18

19
   IT IS ORDERED
20

21
   Dated: March 24, 2010
22

23                                      _____ /s/ Gary S. Austin
                                     United States Magistrate Judge
24

25

26

                                   -2-